MILES O'BRIEN et al., Respondents, *v.* LAWRENCE J. FITZ-GERALD, Impleaded, etc., Appellants.*

(Submitted November 26, 1894; decided December 4, 1894.)

MOTION for re-argument.

*Guggenheimer, Untemeyer & Marshall* for motion.

*Kellogg & Van Heusen* opposed.

Agree to amend remittitur by adding: " With leave to the plaintiffs to amend their complaint upon payment of costs of the demurrer, and within twenty days after notice of entry of judgment; " no opinion.
All concur.
Ordered accordingly.

---

CHARLES DE KAY TOWNSEND, Appellant, *v.* EMMA M. WORK, Impleaded, etc., Respondent.

(Argued November 26, 1894; decided December 11, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made June 18, 1894, which affirmed an order of Special Term canceling a *lis pendens* filed in this action.

*Mortimer S. Brown* for appellant.

*Charles Fox* for respondent.

Agree to dismiss appeal: no opinion.
All concur.
Appeal dismissed.

---

* Case reported, 143 N. Y. 377.